WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| James Luther Jones Junior,   )<br>           )<br>          Plaintiff,   )<br>           )<br>vs.   )<br>           )<br>           )<br>Mohave County; Carol Meier, Mohave )<br>County Recorder,   )<br>           )<br>          Defendants.   )<br>           )<br>_____) | No. CV 11-8093-PCT-JAT<br><br>**ORDER** |

Pending before the Court are: (1) Defendants' Motion to Dismiss (Doc. 29); (2) Plaintiff's Motion for Rule 16 Conference (Doc. 34); (3) Plaintiff's Motion for Judgment on the Pleadings (Doc. 36); and (4) Plaintiff's Motion for Default Judgment (Doc. 37). The Court now rules on the Motions.

In its January 11, 2012 Order, the Court previously granted a Motion to Dismiss in favor of Defendants in this case. In that Order, the Court granted Plaintiff leave to amend, but warned Plaintiff that, in his amended Complaint, he needed to cure the deficiencies identified in that Order, and to provide Defendants with notice of the factual basis of his claims in short plain statements in the manner required by Rule 8 of the Federal Rules of Civil Procedure. (Doc. 25).

Defendant now moves for dismissal of Plaintiff's Amended Complaint. Because Plaintiff has failed to cure any of the deficiencies identified in the Court's prior Order and

1 has failed to meet the requirements of Federal Rules of Civil Procedure 8 and 12(b)(6),
2 Defendants' Motion to Dismiss is granted.

3 Based on the foregoing,

4 **IT IS ORDERED** that Defendants' Motion to Dismiss (Doc. 29) is granted. This
5 case is dismissed without prejudice. The Clerk of the Court shall enter judgment
6 accordingly.

7 **IT IS FURTHER ORDERED** that all other pending motions (Doc. 34, Doc. 36.,
8 Doc. 37) are denied as moot.

9 DATED this 22nd day of June, 2012.

James A. Teilborg
United States District Judge